**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**HARRY LAWRENCE QUIGLEY,**

      **Plaintiff,**        Case No. 2:20-cv-5146
      v.        **JUDGE EDMUND A. SARGUS, JR.**
       **Chief Magistrate Judge Elizabeth P. Deavers**

**SETH ABEL,** *et al*,

      **Defendants.**

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Chief Magistrate Judge on November 2, 2020. (ECF No. 5). The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** this action under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted. Also for the reasons set forth in the Report and Recommendation, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith and, therefore, if Plaintiff moves for leave to appeal *in forma pauperis*, such request should be denied.

      **IT IS SO ORDERED.**

**12/8/2020**                                      **s/Edmund A. Sargus, Jr.**
**DATE**                                            **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**